## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sitko, Edward H

Printed:  3/25/08

Case Number:  06 B 11656
Judge:  Squires, John H
Filed:  9/18/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 13, 2008
Confirmed: November 29, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,323.00 |  |
| Secured: |  | 4,101.01 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 221.99 |
| Other Funds: |  | 0.00 |
| Totals: | 4,323.00 | 4,323.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | American General Finance | Secured | 2,903.77 | 1,367.00 |
| 2. | Capital One Auto Finance | Secured | 12,988.87 | 2,734.01 |
| 3. | ECast Settlement Corp | Unsecured | 74.71 | 0.00 |
| 4. | Capital One Auto Finance | Unsecured | 0.00 | 0.00 |
| 5. | Clear Check | Unsecured | 22.50 | 0.00 |
| 6. | Capital One | Unsecured | 49.45 | 0.00 |
| 7. | American General Finance | Unsecured | 0.20 | 0.00 |
| 8. | ACC International | Unsecured | | No Claim Filed |
| 9. | BP Amoco | Unsecured | | No Claim Filed |
| 10. | AT&T Wireless | Unsecured | | No Claim Filed |
| 11. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 13. | Cingular Wireless | Unsecured | | No Claim Filed |
| 14. | Credit One | Unsecured | | No Claim Filed |
| 15. | CorTrust Bank | Unsecured | | No Claim Filed |
| 16. | Dupage Medical Group | Unsecured | | No Claim Filed |
| 17. | Grandpoints | Unsecured | | No Claim Filed |
| 18. | MBNA America | Unsecured | | No Claim Filed |
| 19. | Naperville Radiologists SC | Unsecured | | No Claim Filed |
| 20. | LDG Financial Services, LLC | Unsecured | | No Claim Filed |
| 21. | Shell Credit Card | Unsecured | | No Claim Filed |
| 22. | TCF Bank | Unsecured | | No Claim Filed |
| 23. | Accounts Receiveable Service | Unsecured | | No Claim Filed |
| 24. | Laboratory Corporation | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Sitko, Edward H

Printed:  3/25/08

Case Number:  06 B 11656

Judge:  Squires, John H

Filed:  9/18/06

$ 16,039.50          $ 4,101.01

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 91.73 |
| 5.4% | 130.26 |
| | $ 221.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: